# Exhibit 2

From: Scolnick, Kahn A. <KScolnick@gibsondunn.com>
Sent: Tuesday, April 2, 2024 11:23 AM
To: GLORIA JUAREZ, ESQ. LAW <gloria@thegjlaw.com>
Cc: A A <aa@thegjlaw.com>; Miller, Gillian B. <GMiller@gibsondunn.com>
Subject: RE: Ahmad v. UnitedHealth Group et al. (CD Cal. No. 23cv2303)

Hi Gloria, the number works—I just received the voicemail that you (or your office) left for me at around 11am. But if 1pm pacific still works for our meeting, I'll just call you then at your office number. Thanks.

**Kahn A. Scolnick**
Partner

T: +1 213.229.7656 | M: +1 619.886.5321
KScolnick@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

From: GLORIA JUAREZ, ESQ. LAW <gloria@thegjlaw.com>
Sent: Tuesday, April 2, 2024 10:55 AM
To: Scolnick, Kahn A. <KScolnick@gibsondunn.com>
Cc: A A <aa@thegjlaw.com>; Miller, Gillian B. <GMiller@gibsondunn.com>
Subject: Re: Ahmad v. UnitedHealth Group et al. (CD Cal. No. 23cv2303)

[WARNING: External Email]

Good Morning Kahn,
The number we have for you below does not seem to work.
1 213.229.7656
Is there a better contact phone we can call in for today's meeting?
Thank you

Exhibit 2
14



# GJ

**Gloria M. Juarez**
**LAW OFFICES OF GLORIA JUAREZ**
**ORANGE COUNTY OFFICE**
28202 Cabot Road, Suite 300
Laguna Niguel, CA 92677
Tel. 949-288-3402

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.

On Mon, Apr 1, 2024 at 9:06 AM Scolnick, Kahn A. <KScolnick@gibsondunn.com> wrote:

_____

**From:** Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Sent:** Monday, April 1, 2024 7:46 AM
**To:** A A <aa@thegjlaw.com>
**Cc:** GLORIA JUAREZ, ESQ. LAW <gloria@thegjlaw.com>; Miller, Gillian B. <GMiller@gibsondunn.com>
**Subject:** Re: Ahmad v. UnitedHealth Group et al. (CD Cal. No. 23cv2303)


Thanks, and likewise! Should I call the generic number on your website? Or is there a better number to try? Either way I'll try for 1pm tomorrow.


On Apr 1, 2024, at 6:59 AM, A A <aa@thegjlaw.com> wrote:


**[WARNING: External Email]**

Good Morning,

I hope you had a good Easter.

Let's try for call tomorrow afternoon.

Thanks

Exhibit 2
15

On Fri, Mar 29, 2024, 2:45 PM Scolnick, Kahn A. <KScolnick@gibsondunn.com> wrote:

Hi Gloria. You've no doubt seen that the Court set a scheduling conference for June 13. Defendants intend to file a motion to stay discovery until the Court rules on the pending motion to dismiss (and any subsequent motions to dismiss, should the Court grant our motion with leave to amend). Can you please let us know whether you're available to meet and confer on Monday or Tuesday? As a reminder, the court expects us to meet via Zoom or at least a phone call, not to do it over email.

Thanks.

Exhibit 2
16